IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA M. MATHIS, on behalf of
Xiomaria Lanona Mathis                                              PLAINTIFF

v.                        No. 4:20-cv-241-DPM

ANDREW SAUL*, Commissioner,
Social Security Administration                                      DEFENDANT

ORDER

Unopposed recommendation, *Doc. 16*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court will dismiss Mathis's complaint with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

24 March 2021

---

* The Court directs the Clerk to update the docket to reflect that Andrew Saul is now the Commissioner.