IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YOLANDA M. MATHIS, on behalf of
Xiomaria Lanona Mathis                                              PLAINTIFF

v.                          No. 4:20-cv-241-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                                      DEFENDANT

## JUDGMENT

Mathis's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2021